**UNPUBLISHED**

**UNITED STATES COURT OF APPEALS**

**FOR THE FOURTH CIRCUIT**

JOANNE MARSHBURN,
Plaintiff-Appellant,

v.

JOHN J. CALLAHAN, Commissioner of
Social Security,
Defendant-Appellee.

No. 99-1464

Appeal from the United States District Court
for the District of Maryland, at Greenbelt.
Charles B. Day, Magistrate Judge.
(CA-97-503-PJM)

Submitted: September 30, 1999

Decided: November 18, 1999

Before WILKINS, MICHAEL, and TRAXLER, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

**COUNSEL**

Stephen F. Shea, WILLONER, CALABRESE & ROSEN, P.A., Col-
lege Park, Maryland, for Appellant. James A. Winn, Regional Chief
Counsel, Patricia M. Smith, Deputy Chief Counsel, David F. Cher-
mol, Assistant Regional Counsel, Office of the General Counsel,
SOCIAL SECURITY ADMINISTRATION, Philadelphia, Pennsylva-
nia; Lynne A. Battaglia, United States Attorney, Allen F. Loucks,
Assistant United States Attorney, Baltimore, Maryland, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

_____

**OPINION**

PER CURIAM:

Joanne Marshburn appeals from the magistrate judge's order granting summary judgment to the Commissioner of Social Security on her claim for social security disability insurance benefits. The parties voluntarily consented to the jurisdiction of the magistrate judge pursuant to 28 U.S.C.A. § 636(c) (West 1993 & Supp. 1999). We have reviewed the briefs, appendix, and administrative record and find no reversible error. Accordingly, we affirm.

On appeal, Marshburn raises the following issues: (1) the magistrate judge erred in his determination that substantial evidence supported the Administrative Law Judge's ("ALJ") decision that she is capable of performing a full range of sedentary work; (2) the ALJ improperly ignored the opinion of her treating physician; (3) the ALJ failed to properly analyze her complaints of pain; and (4) the ALJ erroneously determined that she lacked credibility.

Our review persuades us that the magistrate judge correctly found that the Commissioner's decision denying benefits was based on substantial evidence. See Hays v. Sullivan, 907 F.2d 1453, 1456 (4th Cir. 1990). We also find that the ALJ properly weighed the opinion of Marshburn's treating physician, see Craig v. Chater, 76 F.3d 585, 590 (4th Cir. 1996), properly analyzed Marshburn's subjective complaints of pain, see id. at 595, and made a proper credibility finding pursuant to 20 C.F.R. § 404.1529 (1999). Accordingly, we affirm on the reasoning of the magistrate judge. See Marshburn v. Callahan, No. CA 97-503-PJM (D. Md. Feb. 12, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2